UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                                      CRIMINAL ACTION NO. 2:15-00067

TRAVIS LEONARD SUMPTER


SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER


On June 11, 2018, the United States of America
appeared by Timothy D. Boggess, Assistant United States
Attorney, and the defendant, Travis Leonard Sumpter, appeared in
person and by his counsel, Rhett H. Johnson, Assistant Federal
Public Defender, for a hearing on the petition seeking
revocation of supervised release and amendment thereto submitted
by United States Probation Officer Patrick M. Fidler.  The
defendant commenced a 28-month term of supervised release in
this action on March 1, 2018, as more fully set forth in the
Supervised Release Revocation and Judgment Order entered by the
court on October 30, 2017.

The court heard the admissions of the defendant and
the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects:  (1) the defendant failed to abide by the special condition that he spend a period of six months in a community confinement center inasmuch as he entered the program at Dismas Charities on March 1, 2018, and was terminated after multiple disciplinary issues on April 26, 2018; and (2) the defendant used and possessed marijuana as evidenced by his admission to the probation officer that he used marijuana on May 15, 2018; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

2

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FIVE (5) MONTHS, to be followed by a term of twenty (20) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that he participate in substance abuse counseling and treatment as directed by the probation officer.

The defendant was remanded to the custody of the United States Marshal.

3

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  June 14, 2018

John T. Copenhaver, Jr.
United States District Judge

4