```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                          **CRIMINAL ACTION NO. 2:15-00067**

**TRAVIS LEONARD SUMPTER**

<u>SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER</u>

On May 30, 2019, the United States of America appeared by Kristin Scott, Assistant United States Attorney, and the defendant, Travis Leonard Sumpter, appeared in person and by his counsel, Philip Sword, for a hearing on the petition seeking revocation of supervised release submitted by United States Probation Officer Patrick Fidler.  The defendant commenced a twenty-month term of supervised release in this action on October 12, 2018, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on June 14, 2018.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found by a preponderance of the evidence that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant smoked marijuana "blunts" on three occasions the week prior to November 9, 2018, and on another occasion prior to November 30, 2018, and the defendant tested positive for the use of marijuana and methamphetamine on January 8, 9 and 30, 2019, and February 12 and 27, 2019, and the defendant used marijuana approximately two days prior to March 21, 2019, and methamphetamine approximately three to four days prior thereto, each use of such controlled substance being unlawful; (2) the defendant unlawfully possessed each of the above mentioned controlled substances; and (3) the defendant failed to participate in a residential treatment program as directed by the probation officer as set forth in the petition and thereafter participated in the court's contracted residential treatment program only from March 27, 2019 to April 9, 2019, at which time he was discharged due to rule infractions; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of EIGHT (8) MONTHS, with no term of supervised release to follow.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: May 31, 2019

John T. Copenhaver, Jr.
Senior United States District Judge